PHILLIP A. TALBERT
United States Attorney
KIMBERLY SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN SOUVANNASANE<br><br>Defendant. | CASE NO. 1:23-CR-00042 JLT-SKO<br>1:15-CR-00167-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 17, 2023<br>TIME: 2:00 pm<br>COURT: Hon. Erica P. Grosjean |

The case at 1:15-CR-00167 JLT-SKO is set for a status conference on March 17, 2023 at 2:00 p.m. The parties stipulate and request the Court to order that the status conference be vacated and set for an admission before the Honorable Jennifer L. Thurston on March 6, 2023 at 10:00 a.m.

The parties further stipulate and request the Court to set the case at 1:23-CR-00042 for an arraignment and entry of plea to an Information on March 6, 2023 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: March 2, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY SANCHEZ
KIMBERLY SANCHEZ
Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated:  March 2, 2023
/s/ YAN SHRAYBERMAN
YAN SHRAYBERMAN
Counsel for Defendant
Jonathan Souvannasane

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **March 3, 2023**

*[signature]*
UNITED STATES DISTRICT JUDGE