PHILLIP A. TALBERT
United States Attorney
KIMBERLY SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN SOUVANNASANE,<br><br>Defendants. | CASE NO. 1:23-CR-00042-JLT-SKO<br>1:15-CR-00167-JLT-KSO<br><br>STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER<br><br>DATE: April 29, 2024<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney and Kimberly A. Sanchez, and the defendant Jonathan Souvannasane, by and through his counsel of record, Yan Shrayberman, hereby stipulate as follows.

1. This matter is currently set for sentencing and disposition on April 29, 2024 in this Court.

2. By this stipulation, defendant now moves to continue the sentencing and disposition until June 24, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time to consider and prepare a motion to withdraw the defendant's guilty plea.[1] The defendant will file such motion before June 24, 2023.

---

[1] The government will not oppose the motion.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

       b)     Counsel for the defendant desires additional time to then discuss a different plea agreement with the government and to attempt to come to a resolution of the matter.

4.     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5.     The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: April 23, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY SANCHEZ
KIMBERLY SANCHEZ
Assistant United States Attorney

Dated: April 23, 2024

/s/ YAN SHRAYBERMAN
YAN SHRAYBERMAN
Counsel for Defendant
Jonathan Souvannasane

# FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **April 23, 2024**

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2